CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7230
david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIN JAMES PAIK,<br><br>Defendant. | CASE NO. CR 25-0130-001 RFL<br><br>**STIPULATION AND [PROPOSED] ORDER RELEASING COURT REGISTRY FUNDS FOR PAYMENT OF DEFENDANT'S RESTITUTION AND SPECIAL ASSESSMENT OBLIGATION** |

Plaintiff United States of America ("Plaintiff") and Defendant Min James Paik ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Defendant is indebted to the United States in the original amount of $33,933.12 arising out of a Judgment in a Criminal Case (the "Judgment") entered on November 22, 2025, in the United States District Court for the Northern District of California in the above-captioned matter. *Dkt. 60.*

2. Defendant was sentenced on November 20, 2025.

3. Defendant provided full payment of the restitution to his attorney who then provided the payment to the Clerk of the United States District Court prior to sentencing.

3. On November 10, 2025, defendant made a payment to the Clerk's registry in the amount of $33,733.12. *Dkt. 54*.

5. The parties therefore jointly request that the Court issue an Order authorizing the Clerk to issue an order releasing funds held in the Court Registry in this matter, to satisfy the Defendant's outstanding restitution of $33,733.12 and any interest (if any) owed by the defendant under 18 U.S.C. § 3612(f).

IT IS SO STIPULATED.

Dated: January 26, 2026

*w/ permisssion*______ _______
NAOMI S. CHUNG
Attorney for Defendant
Min James Paik

CRAIG H. MISSAKIAN
United States Attorney

Dated: January 26, 2026

*David J. Ward*_____________
DAVID J. WARD[1]
Assistant United States Attorney

---

[1] In accordance with Local Rule 5-1(i)(3), I certify that the content of the Stipulation is acceptable to counsel for Defendant and that I have obtained authorization from Naomi S. Chung to affix her electronic signature to this document

**[PROPOSED] ORDER**

The Court, having considered the Stipulation Regarding Release of Funds Held in the Registry, the Stipulation having been executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. The Court hereby directs the Clerk to release $33,733.12 which represents the principal funds already paid by Defendant to be applied to Defendant's outstanding restitution obligation as set forth in the Judgment. Any accrued interest on the funds held in the registry shall be applied to any outstanding criminal monetary penalties issued against Defendant in the November 21, 2025 Judgment, and accrued interest. The Clerk shall return any excess funds to the Defendant.

**IT IS SO ORDERED**.

Dated:

____________________________
RITA F. LIN
United States District Judge